UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

THE MUSEUM OF MODERN ART, and THE
SOLOMON R. GUGGENHEIM FOUNDATION,

                Plaintiffs,

BOY LEADING A HORSE, and LE MOULIN DE      Index No. CV 07-11074
LA GALETTE, Two Paintings by Pablo Picasso,

                Plaintiffs-in-rem,

           - against -

JULIUS H. SCHOEPS,

                Defendant.

---------------------------------------------------------------x

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Museum of Modern Art ("MoMA") certifies that MoMA does not have a parent company, that MoMA does not issue publicly traded securities, and that no corporation owns 10% or more of MoMA's stock.

Dated: New York, New York
       December 6, 2007

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                          By: _____
                                              Evan A. Davis
                                              Member of the Firm

                                              One Liberty Plaza
                                              New York, New York 10006
                                              Telephone: (212) 225-2000

                                              Attorneys for The Museum of Modern Art