UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE MUSEUM OF MODERN ART, and THE
SOLOMON R. GUGGENHEIM FOUNDATION,

                Plaintiffs,

BOY LEADING A HORSE, and LE MOULIN DE
LA GALETTE, Two Paintings by Pablo Picasso,

                Plaintiffs-in-rem,

       - against -

JULIUS H. SCHOEPS,

                Defendant.
------------------------------------------------------------x

Index No. CV 07-11074

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Solomon R. Guggenheim Foundation (the "Guggenheim") certifies that the Guggenheim does not have a parent company, that the Guggenheim does not issue publicly traded securities, and that no corporation owns 10% or more of the Guggenheim's stock.

Dated: New York, New York
       December 6, 2007

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Evan A. Davis
    Member of the Firm

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

Attorneys for The Solomon R. Guggenheim Foundation