BYRNE GOLDENBERG & HAMILTON, PLLC
John J. Byrne, Jr.
Thomas J. Hamilton
Lloyd Goldenberg
1025 Connecticut Avenue, N.W.
Suite 1012
Washington, D.C. 20036
Telephone: (202) 857-9775
Facsimile: (202) 857-9799

BRESSLER AMERY & ROSS, P.C.
David H. Pikus
David Smitham
17 State Street
New York, New York 10004
Telephone: (212) 425-9300
Facsimile: (212) 425-9337

Attorneys for Defendant Julius H. Schoeps

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MUSEUM OF MODERN ART, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>JULIUS H. SCHOEPS,<br><br>                    Defendant. | 07 Civ. 11074 (JSR)<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT FOR DECLARATORY RELIEF** |

Pursuant to Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P. 57, the Declaratory Judgment Act, 28

Facsimile: (202) 857-9799

David H. Pikus (DP-7846)
Kenneth M. Moltner (KM-7778)
David Smitham (DS-7778)
BRESSLER AMERY & ROSS, P.C.
17 State Street
New York, New York 10004
Telephone: (212) 425-9300
Facsimile: (212) 425-9337

Attorneys for Defendant Julius H. Schoeps

U.S.C. § 2201, the New York Estates, Powers, and Trusts Law (EPTL) § 11-3.2, the accompanying Declaration of John J. Byrne, Jr. and Memorandum of Points and Authorities, defendant Julius H. Schoeps (Schoeps) moves to dismiss the December 7, 2007 Complaint for Declaratory Relief, filed by plaintiffs the Museum of Modern Art (MoMA) and the Solomon R. Guggenheim Foundation (Guggenheim), on the grounds that plaintiffs have misused the declaratory judgment remedy to wrongfully position themselves as plaintiffs in an action that they should be defending, and that under a recently decided New York case, <u>Schoeps v. The Andrew Lloyd Webber Art Foundation</u>, Slip Op. 52183(U), 2007 WL 4098215 (N.Y. Sup., November 17, 2007), defendant Schoeps lacks both standing and the legal capacity to litigate the claims at issue, namely the ownership rights to artworks lost by his ancestor, Paul von Mendelssohn-Bartholdy, in Nazi Germany.

On January 4, 2008, this Court orally ordered that this motion to dismiss be served and filed on or before February 11, 2008; that plaintiffs' opposition papers be served and filed on or before February 25, 2008; and that reply papers be served and filed on or before February 29, 2008; and that oral argument to be held on March 5, 2008.

Dated:  New York, New York
        February 11, 2008

Respectfully submitted,

_____
John J. Byrne, Jr. (JB 6687)
BYRNE GOLDENBERG & HAMILTON, PLLC
1025 Connecticut Avenue, N.W.
Suite 1012
Washington, D.C. 20036

Telephone: (202) 857-9775

2