UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE MUSEUM OF MODERN ART, and THE
SOLOMON R. GUGGENHEIM FOUNDATION,

            Plaintiffs,

BOY LEADING A HORSE, and LE MOULIN DE
LA GALETTE, Two Paintings by Pablo Picasso,

            Plaintiffs-in-rem,

        - against -

JULIUS H. SCHOEPS,

            Defendant.
------------------------------------------------------------------x

07 Civ. 11074 (JSR)

<u>CERTIFICATE OF SERVICE</u>

       I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 25th day of February 2008, the Declaration of Evan A. Davis dated February 25, 2008 with Exhibits 1 through 20 and the Memorandum of Law in Opposition to Defendant Julius H. Schoeps' Motion to Dismiss the Complaint for Declaratory Relief were served by Federal Express upon:

                      John J. Byrne, Esq.
                      Byrne Goldenberg & Hamilton PLLC
                      1025 Connecticut Avenue NW
                      Suite 1012
                      Washington, DC  20036

       2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
        February 25, 2008

                                                  /s/Andrew M. Scott
                                                  Andrew M. Scott