UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE MUSEUM OF MODERN ART, et al.,    07 Civ. 11074 (JSR)

               Plaintiffs,    **AFFIDAVIT OF SERVICE**

- against -

JULIUS H. SCHOEPS,

               Defendant.

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

      Alicia Kereczman, being sworn, says:

      1.    I am not a party to the within action, I am over eighteen (18) years of age and I reside in Staten Island, New York.

      2.    On February 29, 2008, I caused a true copy of the annexed REPLY DECLARATION OF JOHN J. BYRNE, JR. IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR DECLARATORY RELIEF WITH EXHIBIT and REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT JULIUS H. SCHOEPS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY RELIEF to be sent by hand to the following person at the following address:

               Evan A. Davis, Esq.
               Cleary Gottlieb Steen & Hamilton, LLP
               1 Liberty Plaza, 42nd Floor
               New York, NY 10006

_____
Alicia Kereczman

Sworn to before me this
29th day of February 2008

_____
Notary Public

KENNETH M. MOLTNER
Notary Public, State of New York
No. 02MO5052599
Qualified in New York County
Commission Expires Nov. 27, 20__