UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE MUSEUM OF MODERN ART, and THE
SOLOMON R. GUGGENHEIM FOUNDATION,

                Plaintiffs,

BOY LEADING A HORSE, and LE MOULIN DE
LA GALETTE, Two Paintings by Pablo Picasso,

                Plaintiffs-in-rem,

          - against -

JULIUS H. SCHOEPS,

                Defendant.

-----------------------------------------------------------------x

07 Civ. 11074 (JSR)

CERTIFICATE OF SERVICE

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      1. On the 1st day of April 2008, the Memorandum of Law in Response to Order dated March 25, 2008 Requesting Additional Information and in Further Opposition to Defendant Julius H. Schoeps' Motion to Dismiss the Complaint for Declaratory Relief, dated April 1, 2008 and including Exhibit A was served by Federal Express upon:

                John J. Byrne, Jr., Esq.
                Byrne Goldenberg & Hamilton, PLLC
                1025 Connecticut Avenue NW
                Suite 1012
                Washington, DC  20036

                David H. Pikus, Esq.
                Kenneth Moltner, Esq.
                David Smitham, Esq.
                Bressler, Amery & Ross, P.C.
                17 State Street
                New York, NY  10004

2

        2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
       April 1, 2008

                                                    s/Richard V. Conza
                                                    Richard V. Conza