UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE MUSEUM OF MODERN ART, and THE
SOLOMON R. GUGGENHEIM FOUNDATION,

                      Plaintiffs,

BOY LEADING A HORSE, and LE MOULIN DE
LA GALETTE, Two Paintings by Pablo Picasso,

                      Plaintiffs-in-rem,

              - against -

JULIUS H. SCHOEPS,

                      Defendant.
------------------------------------------------------------------x

07 Civ. 11074 (JSR)

CERTIFICATE OF SERVICE

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 22nd day of May 2008, the Answer and Affirmative Defenses of Plaintiffs was served by Federal Express upon:

> John J. Byrne, Jr., Esq.
> Byrne Goldenberg & Hamilton, PLLC
> 1025 Connecticut Avenue NW
> Suite 1012
> Washington, DC  20036
>
> David H. Pikus, Esq.
> Bressler, Amery & Ross, P.C.
> 17 State Street
> New York, NY  10004

    2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
    May 22, 2008

                       /s/Richard V. Conza
                         Richard V. Conza