UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
THE MUSEUM OF MODERN ART, and THE :
SOLOMON R. GUGGENHEIM FOUNDATION, :
               Plaintiffs, :
:
BOY LEADING A HORSE, and LE MOULIN DE :
LA GALETTE, Two Paintings by Pablo Picasso, :    07 Civ. 11074 (JSR)
               Plaintiffs-in-rem, :
:
            - against - :    CERTIFICATE OF SERVICE
:
JULIUS H. SCHOEPS, :
:
               Defendant. :
:
JULIUS H. SCHOEPS, EDELGARD VON :
LAVERGNE-PEGUILHEN and FLORENCE :
KESSELSTATT, :
:
               Counterclaim-Plaintiffs, :
:
            -v- :
:
THE MUSEUM OF MODERN ART, and THE :
SOLOMON R. GUGGENHEIM FOUNDATION, :
:
               Counterclaim-Defendants. :
:
---------------------------------------------------------------- x

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 25th day of June 2008, the Answer and Affirmative Defenses to the First Amended Counterclaim is being served by Federal Express upon:

               John J. Byrne, Jr., Esq.
               Byrne Goldenberg & Hamilton, PLLC
               1025 Connecticut Avenue, N.W.
               Suite 1012
               Washington, DC  20036

        David H. Pikus, Esq.
        Bressler, Amery & Ross P.C.
        17 State Street
        New York, NY 10004

    2. This service is being made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       June 25, 2008

                          /s/Richard V. Conza
                            Richard V. Conza