UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

JULIUS H. SCHOEPS, EDELGARD VON           :
LAVERGNE-PEGUILHEN, and FLORENCE          :
KESSELSTATT,                              :         07 Civ. 11074 (JSR)
                                          :
            Plaintiff,                    :         ORDER
                                          :
            -v-                           :

THE MUSEUM OF MODERN ART, and THE
SOLOMON R. GUGGENHEIM FOUNDATION,

            Defendant.

------------------------------------

JED S. RAKOFF, U.S.D.J.

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** 2-2-09

    Based on the unequivocal representations of the parties

through their duly authorized counsel that they have stipulated to

the unconditional dismissal of this case with prejudice, see

transcript February 2, 2009; see also Letter from John J. Byrne, Jr.

and Gregory P. Joseph to the Honorable Jed S. Rakoff dated January

31, 2009, this case is hereby dismissed with prejudice.  The Court,

with the parties' consent given in open court, see transcript

February 2, 2009, will retain jurisdiction for the limited purpose of

determining whether the executed final settlement -- which is to be

submitted to the Court in camera within 30 days, see transcript

February 2, 2009 -- is to be made public or, as the parties request,

to be filed under seal.

        SO ORDERED.

        Dated: New York, NY
               February 2, 2009                 JED S. RAKOFF, U.S.D.J.